UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Imhotep Salat,<br><br>    Plaintiff<br><br>    v.<br><br>County of Sacramento, et. al,<br><br>    Defendants | Case No.: 2:15-cv-0974-JAD-CWH<br><br>**Order Adopting Report and Recommendation and Denying Pauper Application**<br>**[3, 4]** |

    Pro se plaintiff Imhotep Salat has filed two applications to prosecute this civil rights case with pauper status. Docs. 1, 3. The first application was denied as incomplete. Doc. 2. Magistrate Judge Hoffman has reviewed the second—now complete—application and recommends that I deny it because plaintiff "has not satisfied the indigency requirement of 28 U.S.C.§ 1915(a)(1) and is able to pay the costs of commencing this action." Doc. 4 at 1. Any objection to this report and recommendation was due by June 19, 2015. No objection was filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

    Accordingly, and with good cause appearing,

    IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[Doc. 4] is ADOPTED IN FULL**.

    It is further ORDERED that Plaintiff's Motion/Application to Proceed *in Forma Pauperis* **[Doc. 3] is DENIED**. Plaintiff must pay the full $400 filing fee for this case by August 10, 2015, or this case will be dismissed.

    DATED July 9, 2015

                                                          _____
                                                          Jennifer A. Dorsey
                                                          United States District Judge