# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Imhotep Salat,

    Plaintiff

v.

County of Sacramento, et. al,

    Defendants

Case No.: 2:15-cv-0974-JAD-CWH

**Order Dismissing Action for Failure to Pay Filing Fee By Court-ordered Deadline**

Pro se plaintiff Imhotep Salat filed two applications to prosecute this civil-rights case with pauper status. Docs. 1, 3. The first application was denied as incomplete. Doc. 2. The second was denied because plaintiff did not satisfy "the indigency requirement of 28 U.S.C.§ 1915(a)(1) and is able to pay the costs of commencing this action." Docs. 4 at 1; 5. I gave Salat until August 10, 2015, to pay the $400 filing fee or have this case dismissed. Doc. 5. Salat has not paid the filing fee or sought an extension of the August 10th deadline.

Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice for failing to comply with the court's order directing payment of the $400 filing fee. The Clerk of Court is instructed to CLOSE THIS CASE.

DATED September 8, 2015

_____
Jennifer A. Dorsey
United States District Judge